IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GUILLERMO POUS,** § <br> *Plaintiff*, § <br> § <br> § <br> V. § <br> § <br> **CPR CLASSIC SALES, AND** § <br> **ANDREA DOHERTY AS AGENT OF** § <br> **CPR CLASSIC SALES** § <br> *Defendants.* § | **CIVIL ACTION NO.** _____ |

<u>**PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT**</u>
<u>**AND REQUEST FOR ATTORNEYS' FEES**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, **GUILLERMO POUS** ("Plaintiff"), by and through undersigned counsel, and files this Complaint against **CPR CLASSIC SALES AND ANDREA DOHERTY AS AGENT OF CPR CLASSIC SALES** ("collectively referred to as Defendants"), and in support thereof, respectfully shows the Court as follows:

**I. PARTIES**

Plaintiff **GUILLERMO POUS** is an individual residing at 2 Yellowstar Court Woodlands TX 77375.

Defendant **CPR CLASSIC SALES** is a corporation with its principal place of business located at Restorations CPR Classic, 311 Industrial Way, Unit 1 Fallbrook, California 92028. The Company may be served with process through its registered agent, **ANDREA DOHERTY**, at 311 Industrial Way, Unit 1 Fallbrook, California 92028.

**II. JURISDICTION AND VENUE**

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as the matter in controversy exceeds the sum or value of $75,0000, exclusive of interest and costs, and is between citizens of different states.

Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

### III. FACTUAL BACKGROUND

On or about s 10th day of April 2024, Plaintiff and Defendant entered into a written contract ("Contract") whereby Plaintiff agreed to purchase a 1974 Porsche 911 Carrera Targa (Black) and Defendant agreed to deliver at a future date after completion of the formalities necessary to effect the contract.

Plaintiff fully performed all obligations under the Contract, including but not limited to the full payment of $110,000 (One Hundred Ten Thousand Dollars) on April12, 2024.

As per the terms of the contract in the event if the Client is unsatisfied and does reject the car, CPR shall issue a full refund of the purchase price paid by the Client. And the terms of the contract specified that in the event that there is a dispute, the prevailing party shall be entitled to reasonable attorney's fees.

On May 13, 2024, the defendant agent informed the plaintiff that the car was three days away from getting listed for shipment. On June 10, 2024, the defendant agent informed the plaintiff that the car was not picked up and there was a significant issue with the consignor and hence the contract cannot be honoured. The defendant agent assured that he is going to refund the purchase price to the plaintiff. The plaintiff inquired the defendant as to when he was going to get the refund back to which no reply has been received till date.

Despite Plaintiff's full performance under the Contract, Defendant failed to deliver the car as required by the Contract. Plaintiff has made numerous attempts to resolve this issue with Defendant, but Defendant has refused to comply with the terms of the Contract.

### IV. BREACH OF CONTRACT

Plaintiff incorporates by reference the allegations contained in PART III as though fully set forth herein.

Defendant's actions constitute a breach of the Contract.

As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in an amount to be determined at trial, but not less than $1,000,000, including the loss of the benefit of the bargain and other consequential damages.

## V. REQUEST FOR ATTORNEYS' FEES

Plaintiff incorporates by reference the allegations contained in PART III & IV as though fully set forth herein.

Pursuant to Pursuant to Texas Civil Practice and Remedies Code §38.001 and/or the terms of the Contract, Plaintiff is entitled to recover reasonable and necessary attorneys' fees incurred in bringing this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays for judgment against Defendant as follows:

a. For damages in an amount to be proven at trial, but not less than $1,000,000;

b. For an award of reasonable and necessary attorneys' fees pursuant to Texas Civil Practice and Remedies Code §38.001;

c. For pre-judgment and post-judgment interest at the highest rate allowed by law;

d. For costs of court; and

e. For such other and further relief, both general and special, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF BOBBY GARCIA, P.C.**
P. O. Box 5729
McAllen, Texas 78502
Telephone: (956) 668-7400
Telecopier: (956) 668-7500

By: 
**BOBBY GARCIA**
Texas State Bar No. 07645210
New York SBN: 5387485
Federal Bar No.: 14531
**Of Counsel:**
ARTURO "AJ" GARCIA
Texas State Bar No. 24102964
Federal Bar No.: 3622745
RICK A. ECKERSON
Texas State Bar No. 00793671
Federal Bar No. 19375
**ATTORNEYS FOR PLAINTIFF**

4